UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-MJ-1011-RN

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ) <br> THE UNITED STATES OF AMERICA FOR ) <br> THE CELLULAR TELEPHONE ASSIGNED ) <br> CALL NUMBER (910) 522-3000 ) | ORDER TO SEAL |

Upon motion of the United States, it is hereby ORDERED that the Motion to Postpone Service of Inventory, Order to Postpone Service of Inventory, Motion to Seal the Motion and Order to Postpone Service of Inventory, in the above-captioned matter, be SEALED until ordered unsealed by the court upon request of the United States Attorney.

It is FURTHER ORDERED that the Clerk be directed to provide the United States with a filed copy of the Motion to Postpone Service of Inventory, Order to Postpone Service of Inventory, the Motion to Seal the Motion and Order to Postpone Service of Inventory, and this Order to Seal be provided to the United States Attorney's Office.

Dated: March 1, 2016

*Robert T. Numbers II* (signature)

Robert T. Numbers, II
United States Magistrate Judge